FRANCIS H. LEGGETT & CO., PLAINTIFF-PETITIONER, v. JAMES DE LISA, *IND.*, *ETC.*, DEFENDANT-RESPONDENT; AETNA INSURANCE CO., GARNISHEE-RESPONDENT.

On petition for certification to Appellate Division, Superior Court.

*Messrs. Milton M. & Adrian M. Unger* and *Mr. Jack J. Stecher* for the petitioner.

*Messrs. Toner, Crowley, Woelper & Vanderbilt* and *Mr. John L. Kraft* for the respondent.

July 18, 1966. Denied.

JOHN PALERMO, PLAINTIFF-PETITIONER, v. TOWNSHIP COMMITTEE, TOWNSHIP OF FREEHOLD, *ET AL.*, DEFENDANTS-RESPONDENTS.

On petition for certification to Appellate Division, Superior Court.

*Messrs. Diltmar, Dittmar, Goldberg, Cerrato & McGovern* for the petitioner.

*Mr. Marvin E. Schaefer* for the respondents.

July 18, 1966. Denied.